IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMILY WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:12-CV-640-WKW |
| | ) |
| THE MONTGOMERY PUBLIC | ) |
| SCHOOL SYSTEM, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 27), and upon an independent review of the file in this case, it is ORDERED as follows:

(1)   the Recommendation is ADOPTED;

(2)   the motion for summary judgment (Doc. # 23) is GRANTED.

A separate judgment will follow.

DONE this 13th day of August, 2013.

                                                           /s/ W. Keith Watkins
                                      CHIEF UNITED STATES DISTRICT JUDGE